# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: PAMELA J. DORSEY-MATTHEWS,<br><br>                  Debtor.<br>U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST,<br><br>                  Movant,<br><br>                  and<br><br>PAMELA J. DORSEY-MATTHEWS,<br><br>                  Debtor. | Chapter 13<br>Case No. 17-11500-BLS<br><br><br><br>Docket Ref. No. 51, 60 |

## NOTICE OF DEFAULT GRANTING RELIEF FROM THE AUTOMATIC STAY

According to the records of U.S. Bank Trust National Association as Trustee of the Tiki Series III Trust ("Creditor"), the Debtor, Pamela J. Dorsey-Matthews (the "Debtor"), has failed to comply with the terms of the Stipulation (the "Stipulation") filed with this Court on July 5, 2019 (Docket No. 50) and approved by Order entered on July 9, 2019 (Docket No. 51).

On October 2, 2019, a Notice of Non-Compliance was served upon the Debtor and counsel as required in the Stipulation and Order regarding post-petition arrears. The arrears of $3,145.20 were to be cured within ten (10) days of the Notice.

As of November 7, 2019, the Debtor is in default for a total amount of $4,739.42 which includes five (5) regular mortgage payments in the amount of $786.30 each for the months of June, 2019 through October, 2019 and, one (1) payment in the amount of $807.92 for the month of November, 2019.

Pursuant to the terms of the Order Approving the Stipulation, relief from the automatic stay is hereby granted without further notice or hearing and U.S. Bank Trust National

Association as Trustee of the Tiki Series III Trust is free to pursue its remedies, including foreclosure and possession of the Property known as 312 Cedar Avenue, Wilmington, Delaware 19804. Rule 4001(a)(3) is not applicable

                                                McCABE, WEISBERG & CONWAY, LLC

                                                /S/   Michael K. Pak
                                                Janet Z. Charlton, Esquire (No. 2797)
                                                Michael K. Pak, Esquire (No. 5822)
                                                Kristi J. Doughty, Esquire (No. 3826)
                                                1407 Foulk Road, Suite 204
                                                Foulkstone Plaza
                                                Wilmington, DE 19803
                                                (302) 409-3520 [tel]
                                                (855) 425-1980 [fax]
                                                Attorney for Creditor

DATED:  November 14, 2019